UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN J. HUBBARD and BARBARA J. HUBBARD,<br><br>                    Plaintiffs,<br>v.<br><br>KAYO OIL COMPANY;<br>CONOCOPHILLIPS COMPANY dba<br>CIRCLE K,<br><br>                    Defendants. | Case No. 05cv2076-BEN (BLM)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL DISCOVERY** |

On September 19, 2006 at 9:00 a.m., the Court heard oral argument on Defendants Kayo Oil Company and Conoco Phillips Company's motion to compel discovery compliance [26-1]. For the reasons stated on the record:

Defendants' motion to compel [26-1] is **DENIED** as to Defendants' Interrogatory No. 6.

Defendants' motion to compel [26-1] is **GRANTED** as to Defendants' Interrogatory No. 2. Plaintiffs are ordered to supplement their response to this interrogatory by **September 27, 2006**.

///

///

1 | Defendants' motion to compel [26-1] is **GRANTED** as to Defendants' Request for Production Nos. 4-6. Plaintiffs are ordered to obtain and produce documents responsive to Defendants' Request for Production Nos. 4-6 by **September 29, 2006**.

**IT IS SO ORDERED.**

DATED: September 19, 2006

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL