```
LYNN HUBBARD, III (SBN 69773)
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, California 95926
Telephone:    (530) 895-3252

Attorney for Plaintiffs Barbara Hubbard
and Lynn Hubbard


STEPHEN THOMAS ERB (SBN 125248)
STEPHEN THOMAS ERB, APC
11440 West Bernardo Court, Suite 204
San Diego, California 92127
Telephone:    (858) 487-2728
Facsimile:    (858) 487-5886

Attorney for Defendants
ConocoPhillips Company (erroneously named
herein as "ConocoPhillips Company dba Circle K")
and Kayo Oil Company
```

FILED
2006 OCT -4  AM 9: 46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN J. HUBBARD and BARBARA J. HUBBARD,<br><br>          Plaintiff,<br><br>v.<br><br>KAYO OIL COMPANY; CONOCOPHILLIPS COMPANY dba CIRCLE K,<br><br>          Defendants. | Case No. 05-CV-2076 BEN (BLM)<br><br>**STIPULATION [AND ORDER] REGARDING RESCHEDULING HEARING DATE ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT** |

   WHEREAS, Plaintiffs have filed a "Motion for Summary Judgment, or Summary Adjudication, in the Alternative," which is now scheduled for hearing on October 23, 2006;

   WHEREAS, Defendants have reserved November 13, 2006, for a hearing on their contemplated Cross-Motion for Summary Judgment;



---

1

Stipulation of Parties Rescheduling Hearing Date of Motions for Summary Judgment [and Order]

1      WHEREAS, on September 19, 2006, Magistrate Judge Major issued a
2  Discovery Order requiring compliance by Plaintiffs on September 29, 2006, and on
3  October 2, 2006;
4      WHEREAS, to allow sufficient time for the parties to fully brief the issues on
5  potentially dispositive Cross-Motions for Summary Judgment, and to enable the Court
6  to hear and decide those motions together;
7      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
8  through their respective counsel of record, as follows:
9      1.   Plaintiffs' "Motion for Summary Judgment, or Summary Adjudication, in
10 the Alternative" shall, and hereby is, rescheduled for hearing on November 13, 2006;
11     2.   Defendants' "Motion for Summary Judgment or, in the Alternative, Partial
12 Summary Judgment" remains scheduled for hearing on November 13, 2006;
13     3.   The parties' respective Opposition and Reply papers shall be filed and
14 served in accordance with Local Rules for a November 13, 2006, hearing date.
15     IT IS SO STIPULATED.

Respectfully submitted,

Dated: Sept 25, 2006

LAW OFFICES OF LYNN HUBBARD

By: _____
Lynn Hubbard, III, Esq.
Attorney for Plaintiffs Barbara
Hubbard and Lynn Hubbard

Dated: Sept. 25, 2006

STEPHEN THOMAS ERB, APC

By: _____
Stephen Thomas Erb, Esq.
Attorney for Defendants
Kayo Oil Company and
ConocoPhillips Company

## ORDER

Pursuant to the stipulation of the parties, by and through their respective counsel of record, the Court hereby ORDERS that all Motions for Summary Judgment or Partial Summary Judgment in the captioned action are scheduled for hearing on November 13, 2006. Opposition and Reply papers shall be filed and served pursuant to the Local Rules of this Court.

IT IS SO ORDERED.

Dated: 10/03/06

Judge, United States District Court

## PROOF OF SERVICE

I, the undersigned, declare: that I am, and was at the time of service of the papers herein referred to, over the age eighteen years, and not a party to the action herein referred to; and I am employed in the County of San Diego, California, in which county the within mentioned service occurred. My business address is 11440 West Bernardo Court, Suite 204, San Diego, California 92127.

On September 26, 2006, I served the following document(s):

**Stipulation [and Order] Regarding Rescheduling Hearing Date on Parties' Motions for Summary Judgment,**

to each addressee named hereinafter as follows:

| | |
|---|---|
| Lynn Hubbard, III<br>Scottlynn J. Hubbard, IV<br>Mark Emmett<br>Law Offices of Lynn Hubbard<br>12 Williamsburg Lane<br>Chico, CA 95926<br>Telephone:   530-895-3252 | Attorney for Plaintiffs Lynn J. and Barbara J. Hubbard |

[✔] by **USPS First Class Mail.**

[ ] by **Facsimile Transmission.**

[ ] by **Federal Express Overnight Mail.**

[ ] by **Personal Service.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 26, 2006, in San Diego, California.

*Yana Dorn*