1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   LYNN J. HUBBARD and BARBARA J.                CASE NO. 05CV2076 BEN (BLM)
     HUBBARD,
12                                                 ORDER GRANTING
                                    Plaintiff,     DEFENDANTS' MOTION FOR
13          vs.                                    SUMMARY JUDGMENT [Doc. No.
                                                   58]
14   KAYO OIL COMPANY;
     CONOCOPHILLIPS COMPANY dba
15   CIRCLE K,

16                                  Defendant.

17

18          Defendants Kayo Oil Company and ConocoPhillips Company, dba Circle K (collectively

19   "Defendants" or "Kayo Oil") move for summary judgment.  Plaintiffs do not oppose the motion,

20   on the basis that their claims under the Americans with Disabilities Act are now moot, and they no

21   longer have standing to pursue this action in federal court.  The Court therefore grants Defendants'

22   Motion for Summary Judgment in whole, and vacates all remaining pre-trial dates.

23   IT IS SO ORDERED.

24   DATED:  December 22, 2006

25                                              _____

26                                              Hon. Roger T. Benitez
                                                United States District Judge
27

28

- 1 -                                                              05CV2076 BEN (BLM)