AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Hubbard

**V.**

Kayo Oil Company, et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   05cv2076 BEN(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Court grants Defendants Kayo Oil Company and Conoco Phillips Company's motion for summary judgment...............................................................................................................................

| December 22, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/J. Hathaway

(By) Deputy Clerk

ENTERED ON December 22, 2006