**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

LYNN J. HUBBARD and BARBARA J. HUBBARD,

Plaintiffs,

vs.

KAYO OIL COMPANY; CONOCOPHILLIPS COMPANY dba CIRCLE K,

Defendants.

CASE NO. 05CV2076 BEN (BLM)

ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION TO STAY RULING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES [Doc. No. 58]

Plaintiffs Lynn J. Hubbard and Barbara J. Hubbard ("Plaintiffs") move this Court ex parte for a stay of its ruling on Defendants Kayo Oil Company and ConocoPhillips Company, dba Circle K (collectively "Defendants" or "Kayo Oil") motion for attorneys' fees. Plaintiffs request a stay on the basis that the Ninth Circuit is scheduled to hear an appeal in *Molski v. Levon Investments, et al*., on April 17, 2007. Plaintiffs contend that the *Molski* case "addresses the exact same issues, facts and arguments that are raised in Defendants' Motion for Attorney's Fees and Plaintiffs' Opposition thereto."

The Court finds that while the issues presented in *Molski* may be similar to the instant case, they do not appear to be identical, nor do the facts or procedural posture. Additionally, this case does not present issues of first impression such that the Court would be well advised to wait for guidance from the Ninth Circuit. District courts have inherent power to control their dockets.

*Southern California Edison Co. v. Lynch*, 307 F.3d 794 (9th Cir. 2002). The Court hereby exercises that power, and finds that there is no reason to delay resolution of the Defendants' motion. Plaintiffs' ex parte application is denied.

IT IS SO ORDERED

DATED: April 5, 2007

Hon. Roger T. Benitez
United States District Judge

.